Arturo E. Matthews, Jr. (SBN #145232)
**BURNETT & MATTHEWS LLP**
4675 MacArthur Court, Suite 1540
Newport Beach, California 92660
Telephone: (949) 975-1980
Facsimile: (949) 975-1988

Attorneys for Movant ONEWEST BANK, FSB F/K/A INDYMAC BANK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:10-bk-12543-MT |
| EDGAR M GARRIDO, | DC No. BM-1 |
| Debtor(s). | CHAPTER 13 |
| ONEWEST BANK, FSB F/K/A INDYMAC BANK, | **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN; DECLARATION OF ARTURO E. MATTHEWS, JR. IN SUPPORT THEREOF** |
| Movant, | |
| v. | |
| EDGAR M GARRIDO, Debtor(s); ELIZABETH F ROJAS, Chapter 13 Trustee; Respondents. | 341(a) Meeting of Creditors:<br>Date: April 21, 2010<br>Time: 9:00 a.m.<br>Place: 21051 Warner Center Lane<br>Woodland Hills, CA 91367<br>Room: 105<br><br>Confirmation Hearing:<br>Date: May 11, 2010<br>Time: 9:30 a.m.<br>Place: 21041 Burbank Blvd<br>Woodland Hills, CA 91367<br>Room: 302 |

Secured Creditor OneWest Bank, FSB f/k/a Indymac Bank ("Movant") hereby objects to confirmation of the Debtor's Chapter 13 Plan and in connection therewith requests that confirmation of the Plan be denied or the case dismissed on the grounds set forth herein

1.  On or about July 19, 2007, Debtor Edgar M Garrido executed a Promissory Note ("Note") in favor of Movant in the original principal sum of $475,000.00. The Note is secured

1 | by a Deed of Trust over real property owned by the Debtor and located at 600 Hewitt Street, San
2 | Fernando, CA 91340.
3 |     2.    As of the date this bankruptcy case was filed, the Debtor owed pre-petition
4 | arrears to Movant in the sum of $37,251.80 as set forth in the Proof of Claim filed by Movant.  A
5 | true and correct copy of said Proof of Claim is attached to the Declaration of Arturo E. Matthews,
6 | Jr. as Exhibit "A" and incorporated herein by reference.
7 |     3.    In the proposed Chapter 13 Plan, Debtor lists Movant as a Class 4 claim.
8 | Movant's claim involves the Debtor's principal residence and Debtor's obligation matures after the
9 | final plan payment is due. Therefore, Movant should be listed as a Class 2 claim.
10 |     4.    Furthermore, Debtor's proposed Chapter 13 Plan does not provide for
11 | payment of any of Movant's pre-petition arrears.
12 |     5.    Accordingly, Movant respectfully submits that confirmation of the Debtor's
13 | Plan should be denied and the case dismissed unless the Debtor lists Movant as a Class 2 Claim and
14 | adequately provides for payment of Movant's pre-petition arrears in full.
15 |
16 | Dated: March 25, 2010                        BURNETT & MATTHEWS LLP
17 |
18 |                                         By:  /s/ Arturo E. Matthews, Jr.
                                        Arturo E. Matthews, Jr.,
                                        Attorney for Secured Creditor
19 |                                         ONEWEST BANK, FSB F/K/A INDYMAC
                                        BANK
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**DECLARATION OF ARTURO E. MATTHEWS, JR.**

I, Arturo E. Matthews, Jr., declare and say as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of Burnett & Matthews LLP, attorneys for Secured Creditor OneWest Bank, FSB in the within proceeding. I make this Declaration based upon the following facts, all of which are within my personal knowledge. If called as a witness I could and would competently testify thereto.

2. Attached hereto as Exhibit "A" and incorporated herein by this reference is a true and correct copy of the Proof of Claim filed by Movant in the instant bankruptcy case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2010, at Newport Beach, California.

/s/Arturo E. Matthews, Jr.
ARTURO E. MATTHEWS, JR.