

EDGAR M. GARRIDO
600 Hewitt St.
San Fernando, CA 91340
Telephone: (818)-300-9369
Fax: (888) 710-3022

In Pro Per

FILED
APR - 7 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re:

EDGAR M. GARRIDO,

Debtor.

Case No.: 1:10-bk-12543-MT

Chapter 13

NOTICE OF MOTION AND MOTION PURSUANT TO 11 U.S.C. § 506 FOR (1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY, (2) DETERMINATION OF SECURED STATUS.

Date:
Time:
Ctrm: 302
21041 Burbank Blvd.
Woodland Hills. CA 91367-6603

**TO CREDITORS ONEWEST BANK, FSB F/K/A INDYMAC BANK, OLD REPUBLIC NATIONAL TITLE INSURANCE CO., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AZTEC FORELCOSURE CORPORATION, CREDITOR'S ATTORNEY AND ALL OTHER INTERESTED PARTIES:, and ELIZABETH (SV) F. ROJAS, BANKRUPTCY TRUSTEE:**

**NOTICE IS HEREBY GIVEN that the Debtor hereby moves this Court for Orders determining the value of security interest in debtor's real property, located 600 Hewitt Street, San Fernando, California 91340-4015 determining the secured status of that property.**

The grounds for this motion are that the current fair market value of the property was determined on April 1, 2010 at $200,000.00 which is less than the $513,672.47 allegedly currently due under the first trust deed with ONEWEST BANK, FSB ("ONEWEST").

Based on the foregoing; movant requests that the value of the subject property be $200,000.000 based on the evidence herein attached.

This Motion will be based upon this Notice, the appended Memorandum of Points and Authorities, the supporting Declaration of Edgar M. Garrido, Declaration of Ely Rivara, the files and pleadings in this case, and upon such other testimonial and documentary evidence as may be presented at the time of the hearing on this motion.

DATED: April 6, 2010

Edgar M. Garrido
In Pro Per

# MEMORANDUM OF POINTS AND AUTHORITIES

Bankruptcy Rule 541:

"(a) The commencement of a case under section 301, 302, or 303 of this title creates an estate. Such estate is comprised of the following property, wherever located and by whomever held:

(1) Except as provided in subsection (b) and (c )(2) of this section, all legal or equitable interests of the debtor in property as of the commencement of the case."

Bankruptcy Rule 3012:

"[t]the court may determine the value of a claim secured by a lien on property in which the estate has an interest on motion of any party in interest and after a hearing on notice to the holder of the secured claim and any other entity as the court may direct."

Bankruptcy Rule:506(a):

"An allowed claim of a creditor secured by a lien on property in which the estate has an interest... is a secured claim to the extent that the value of such creditor's interest in the estate's interest in such property... and is unsecured claim to the extend that the value of such creditor's interest... is less than the amount of such allowed claim."

See also **In Re Maynard,** 264 B.R. 209 (9th Cir. BAP 2001) for a general discussion of the application of Bankruptcy Rules 541, 506 and 3012 to avoid, or 'strip' liens that are no in fact secured by either real or personal property of the debtor.

The appended Declaration of Edgar M. Garrido (Mr. Garrido) establishes that the debtor, Mr. Garrido owns and occupies the subject property, a single family residence located at 600 Hewitt Street, San Fernando, California 91340-4015, valued under an appended Appraisal's

Report dated March April 1, 2010 at $200,000. This is the value of the collateral securing creditor ONEWEST BANK, FSB first trust deed securing $513, 672.47 in debt.

Based on the foregoing, the Court is respectfully requested:

(1) to determine and find that the current fair market value of the subject property located at 600 Hewitt Street, San Fernando, California 91340-4015.

(2) to determine and find that the first trust deed lien of ONEWEST BANK FSB is currently in the respective sums of $200,000.00.

Respectfully submitted,

Dated: April 6, 2010

EDGAR M. GARRIDO, IN PRO PER

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**In Re:**

**EDGAR M. GARRIDO,**

**Debtor.**

**Case No.: 1:10-bk-12543-MT**

**Chapter 13**

***[PROPOSED]* .ORDER DETERMINING VALUE OF SECURITY INTEREST IN REAL PROPERTY AND DETERMINATION OF SECURED STATUS**

**Date:**
**Time:**
**Ctrm: 302**
**21041 Burbank Blvd.**
**Woodland Hills, CA 91367-6603**

The motion of Edgar M. Garrido, the above named debtor, for valuation of security interest in real property, determination of the secured status of the claim, having regularly come on for hearing before the Honorable Judge Maureen Tighe, Judge presiding, on ____________, 2010, and evidence having been adduced, NOW, upon the application of the debtor and notice of motion dated April 6, 2010 and upon the evidenced adduced at said hearing, and good cause appearing therefore, it is ORDERED:

(1) that the current fair market value of the subject property located at 600 Hewitt Street, San Fernando, California 91340-4015, is $200,000.00;

(2) that the first trust deed liens of creditor ONEWEST BANK, FSB F/K/A INDYMAC BANK is currently in the respective sums of $200,000.00.

DATED:

______________________________
Honorable Maureen Tighe
JUDGE OF THE U.S. BANKRUPTCY COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, CHRISTIAN VALENZUELA, hereby declare as follows:

I am over the age of 18 years and am employed in the County of Los Angeles, State of California. I am not a party to this action. My business address is 8744 Etiwanda Ave #19, Northridge, CA 91325.

On ____________ 2010, I served the forgoing document(s) described as:

**NOTICE OF MOTION AND MOTION PURSUANT TO 11 U.S.C. § 506 FOR**

**(1) VALUATION OF SECURITY INTEREST IN REAL PROPERTY,**

(2) **DETERMINATOIN OF SECURED STATUS**

(3) **PROPOSED ORDER**

on the parties whose address appears on the attached service list, by placing or transmitting a true copy thereof in the manner indicated below:

**XX** _____ (By Mail), I placed a true copy thereof in a sealed envelope, and caused such envelope, with postage thereon fully prepaid, to be placed in the United State's mail at Mission Hills, California.

**SEE ATTACHED LIST**

_________ (By Personal Service) I placed a true copy thereof in a sealed envelope and caused such envelope to be delivered by hand to the office of the address(es).

_________ (By Overnight Mail) I placed a true copy thereof in a sealed envelope and caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Mission Hills, California.

**XX** _____(By Facsimile) to the address(es), at the telephone number(s) listed on the attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2010, at Northridge, California.

CHRISTIAN A. VALENZUELA

**MAILING/FAX LIST**

**Chapter 13 Trustee**
Chapter 13 Trustee
Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**Creditor**
ONEWEST BANK FSB F/K/A INDYMAC BANK
C/O 4675 MACARTHUR COURT, SUITE 1540
NEWPORT BEACH, CA 92660
TEL: 949-975-1980

**Creditor**
AZTEC FORECLOSURE CORPORATION
3300 N. CENTRAL AVE#2200
PHOENIX, AZ 85012
Tel: (602) 222-5711

**Creditor**
MORTGAGE ELECTRONIC SYSTEMS
P.O. BOX 2026
FLINT, MI 48501-2026

**Creditor**
OLD REPUBLIC NATITONAL TITLE INSURANCE CO
155 NORTH LAKE AVENUE, PASADENA, CA 91101

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>EDGAR M. GARRIDO<br>600 HEWITT STREET<br>SAN FERNANDO, California 91340-4015<br>Telephone: 818-339-7872<br><br>☒ Individual appearing without counsel<br>☐ Attorney for: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re: EDGAR M. GARRIDO<br><br>Debtor(s) | CHAPTER:13<br>CASE NO.: 1:10-bk-125343-MT |
| | DATE:<br>TIME:<br>CTRM:<br>FLOOR: |

## ORDER ON MOTION TO AVOID JUNIOR LIEN ON REAL PROPERTY (CREDITOR HOLDING JUNIOR LIEN: ______________________________)

1. The Motion was: ☐ Contested ☐ Uncontested ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"):

   *Street Address:600 HEWITT STREET,*
   *Apartment/Suite No.:*
   *City, State, Zip Code: SAN FERNANDO, CA 91340-4015*

   Legal description or document recording number (including county of recording):

   ☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. ONE WEST BANK, FSB F/A/A INDIMAC BANK in the amount of 513,672.47 ☐ is ☐ is not to be avoided;
   (*Name of holder of 1st Lien*) (*Amount of lien*)

   b. ______________________ in the amount of ______________ ☐ is ☐ is not to be avoided;
   (*Name of holder of 2nd Lien*) (*Amount of lien*)

   c. ______________________ in the amount of ______________ ☐ is ☐ is not to be avoided;
   (*Name of holder of 3rd Lien*) (*Amount of lien*)

   ☐ See attached page for any additional encumbrance(s).

*(Continued on next page)*

| In re (SHORT TITLE)<br>EDGAR M. GARRIDO<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 1:10-bk- 12543-MT |
|---|---|

4. The motion is:

   a. ☐ DENIED ☐ with ☐ without prejudice, on the following grounds:
      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:
      i. The Subject Property is valued at no more than $200,000 based on adequate evidence.

      ii. This order is effective upon receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon the Debtor's completion of the chapter 13 plan and the Debtor's receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, if the Debtor completes the chapter 13 plan but does not receive a discharge, or if the Subject Property is sold or refinanced prior to the Debtor's receipt of chapter 13 discharge.

      viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the surplus proceeds from the foreclosure sale for the full amount due and owing under the note and deed of trust.

      ix. ☐ See attached continuation page for additional provisions.

###

| In re (SHORT TITLE)<br>EDGAR M. GARRIDO<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 1:10-bk- 12543-MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described NOTICE OF MOTION AND MOTION PURSUANT TO 11 U.S.C. §506 FOR VALUATION OF SECURITY INTEREST IN REAL PROPERTY, and DETERMINATION OF SECURED STATUS ______ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ______ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

–

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| *Date* | *Type Name* | *Signature* |
|---|---|---|

| In re (SHORT TITLE)<br>EDGAR M. GARRIDO<br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 1:10-bk- 12543-MT |
|---|---|

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ______________________________
______________________________________________________________________
was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ______________________, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**EDGAR M. GARRIDO**
**600 Hewitt St.**
**San Fernando, CA 91340**
Telephone: (818)-300-9369
Fax: (888) 710-3022

In Pro Per

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| **In Re:**<br><br>**EDGAR M. GARRIDO**<br><br>**Debtor.** | **Case No.: 1:10-bk-12543-MT**<br><br>**Chapter 13**<br><br>**DECLARATION OF APPRAISER** |

DECLARATION OF ELY RIVARA

I, Ely Rivara, says and declares.

1. I am over the age of 18 and not a party to this action. If called as witness could testify competently to the following facts, all of which are known to me to be true of my own personal knowledge, except for those matters stated on the basis of information and belief, and as to those matters I believe them to be true.

2. I am duly licensed and in good standing with the State of California as a real estate appraiser, and as such possess the necessary background, training, experience and credentials to express an opinion as to the fair market value of residential real estate.

3. I am employed as an appraiser by Action Appraisal, Co., a California company which performs real estate transactions. In that capacity I was commissioned to evaluate the fair market

value of a single family residence located at 600 Hewitt Street, San Fernando, California 91340-4015, ("the Property"), owned by Edgar M. Garrido. I duly performed such an evaluation in accordance with the generally accepted standards for conducting appraisals as specified by the State of California for licensed appraisers.

4. A true and correct copy of my appraisal ("the Appraisal") of the above Property is appended hereto as Exhibit "A" and incorporated herein by this reference as though fully set forth.

5. The Appraisal describes in detail all the actions I took and all the materials I reviewed in making a determination of the estimated current fair market value of the Property, and details the basis of my calculation thereof. Accordingly, the Appraisal provides and adequate factual foundation and sets forth the bases for may opinion as to the Property's estimated current fair market value.

6. I hereby adopt as true, correct and accurate all the statements in the aforesaid Evaluation, including without limitation all the facts set forth and the opinions stated in the Appraisal.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 6, 2010 at North Hills, California.

Ely Rivara



# EXHIBIT A

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

*600 HEWITT ST*
*TR-4184 LOT 1*
*SAN FERNANDO, CA 91340-4015*

**FOR:**

*PRIVATE USE ONLY*

**AS OF:**

*4-1-2010*

**BY:**

*ELY RIVARA AL018655*

| Borrower/Client | GARRIDO, | | | | File No. 11801 PENDLETON SUN VALLEY |
|---|---|---|---|---|---|
| Property Address | 600 HEWITT ST | | | | |
| City | SAN FERNANDO | County LOS ANGELES | | State CA | Zip Code 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | |

# TABLE OF CONTENTS


Invoice .......... 1
Cover Page .......... 2
Exterior-Only .......... 3
Additional Comparables 4-6 .......... 9
TAX ROLL .......... 10
Plat Map .......... 11
USPAP Identification .......... 12
Subject Photos .......... 13
Comparable Photos 1-3 .......... 14
Comparable Photos 4-6 .......... 15

# Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 600 HEWITT ST | City SAN FERNANDO | State CA | Zip Code 91340-4015
Borrower GARRIDO, | Owner of Public Record GARRIDO, | County LOS ANGELES
Legal Description TR-4184 LOT 1
Assessor's Parcel # 2522-028-001 | Tax Year 09--10 | R.E. Taxes $ 2,971.72
Neighborhood Name N/A | Map Reference 502 A1 | Census Tract 3203.00
Occupant [X] Owner [ ] Tenant [ ] Vacant | Special Assessments $ NONE | [ ] PUD | HOA $ N/A [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) fair market value
Lender/Client PRIVATE USE ONLY | Address
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s). NDC PUBLIC RECORDS, MLS ALLIANCE, MLS

**CONTRACT**

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ N/A | Date of Contract N/A | Is the property seller the owner of public record? [ ] Yes [ ] No | Data Source(s) N/A
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid. n/a

**NEIGHBORHOOD**

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [ ] Stable | [X] Declining | PRICE $ (000) | | AGE (yrs) | One-Unit | 80 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 145K | Low | 35 | 2-4 Unit | 10 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 325K | High | 110 | Multi-Family | 5 % |
| | | | | | | | | 225K | Pred. | 75 | Commercial | 5 % |
| | | | | | | | | | | | Other | % |

Neighborhood Boundaries LOCATED NORTH OF THE 118 FREEWAY, WEST OF SAN FERNANDO RD, EAST OF LAUREL CANYON BL, SOUTH OF BRAND BLVD.
Neighborhood Description THE AREA CONSIST OF MOSTLY AVERAGE QUALITY SINGLE FAMILY DWELLINGS THAT ARE MAINTAINED IN AVERAGE CONDITION. MOST SUPPORT FACILITIES INCLUDING, SHOPPING, SCHOOLS AND PUBLIC TRANSPORTATION ARE LOCATED IN CLOSE PROXIMITY.
Market Conditions (including support for the above conclusions) THE SUBJECT IS LOCATED IN AN AREA OF DECLINING PROPERTY VALUES, THE AREA HAS DECLINED AT 1-2% PER MONTH PER NATIONAL ASSOCIATION OF REALTORS. INTEREST RATES ARE CURRENTLY STABLE WITH NOTICABLE EFFECTS ON THE MARKETPLACE, FINANCING CONCESSIONS WERE OBSERVED WITH SELLERS PAYING 3-5% OF NON RECURRING CLOSING COST, ABSORBTION RATE IN THE AREA IS 3-6 MONTHS

**SITE**

Dimensions 50 X 100 | Area 5,000 Sq.Ft. | Shape RECTANGULAR | View NO VIEW
Specific Zoning Classification SFR1 | Zoning Description SFR ONLY
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe THE SUBJECT SITE

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street ASPHALT | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No | FEMA Flood Zone X | FEMA Map # 06037C1075F | FEMA Map Date 9/26/2008
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
THE PROPERTY BACKS SIDES SIMILAR USE PROPERTIES, LOCATED ON A CORNER LOT.

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [X] MLS [X] Assessment and Tax Records [ ] Prior Inspection [ ] Property Owner
[X] Other (describe) PHYSICAL INSPECTION | Data Source for Gross Living Area NDC PUBLIC RECORDS

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | [X] FWA [ ] HWBB | [ ] Fireplace(s) # | [ ] None |
| # of Stories 1 | [ ] Full Basement [ ] Finished | [ ] Radiant | [ ] Woodstove(s) # | [X] Driveway # of Cars 3 |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [X] Patio/Deck | Driveway Surface CONCRETE |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls STUCCO/AVG | Fuel | [X] Porch YES | [X] Garage # of Cars 2 |
| Design (Style) AVERAGE | Roof Surface COMP SHING/AVG | [ ] Central Air Conditioning | [ ] Pool NO POOL | [ ] Carport # of Cars |
| Year Built 1939 | Gutters & Downspouts YES | [ ] Individual | [X] Fence WOOD/BLK | [ ] Attached [X] Detached |
| Effective Age (Yrs) 35 | Window Type ALUM SLDER/AVG | [ ] Other | [ ] Other | [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [ ] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)
Finished area **above** grade contains: 7 Rooms 4 Bedrooms 2 Bath(s) 1,292 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) 2 CAR GARAGE, COMP ROOFING, FAU.AC UNIT, CORNER LOCATION.
Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.). NO PHYSICAL OR FUNCATIONAL INADEQUACIES WERE NOTED

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe.



Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

There are 20+ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 135K to $ 325K .

There are 45+ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 145K to $ 335K .

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 600 HEWITT ST SAN FERNANDO, CA 91340-4015 | 717 GRISWOLD AVE SAN FERNANDO AP--2515-012-003 | | 14635 BRAND BLVD SAN FERNANDO AP-2664-021-084 | | 1032 GRIFFITH ST SAN FERNANDO AP-2522-010-007 | |
| Proximity to Subject | | 1.05 miles NE | | 0.70 miles W | | 0.39 miles NW | |
| Sale Price | $ N/A | | $ 300,000 | | $ 255,000 | | $ 170,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 203.25 sq.ft. | | $ 170.45 sq.ft. | | $ 168.15 sq.ft. | |
| Data Source(s) | | DOC-012458 CONTRACT DATE 8-14-2009 | | DOC-158357 CONTRACT DATE 12-19-2009 | | DOC-229270 contract 1-25-2010 | |
| Verification Source(s) | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | | MLS/PUBLIC RECORDS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | 1ST-306,450 VA $5000 NRCC | | 1ST-191,250 CONV NO CONCESSIONS | | 1ST-NO DEEDS NO CONCESSIONS | |
| Date of Sale/Time | | 1-6-2010 CLOSED | -22,600 | 2-4-2010 CLOSED | -8,600 | 2-19-2010 CLOSED | -3,700 |
| Location | RESIDENTIAL | RESIDENTIAL | | RESIDENTIAL | | RESIDENTIAL | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 5,000 Sq.Ft. | 7200 | -8,800 | 7460 | -10,000 | 5000 | |
| View | NO VIEW | NO VIEW | | NO VIEW | | NO VIEW | |
| Design (Style) | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 1939 | 1947 | | 1948 | | 1895 | |
| Condition | AVERAGE | GOOD | -10,000 | AVERAGE | | AVERAGE | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 7 / 4 / 2 | 7 / 4 / 2 | | 7 / 4 / 2 | | 5 / 2 / 1 | +10,000 +5,000 |
| Gross Living Area | 1,292 sq.ft. | 1,476 sq.ft. | -4,200 | 1,496 sq.ft. | -4,700 | 1,011 sq.ft. | +6,500 |
| Basement & Finished Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | WALL HEAT | FAU/AC | -3,000 | WALL HEAT | | WALL HEAT | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2 GARAGES | 2 GARAGES | | 2 CARPORT | +2,000 | 2 GARAGES | |
| Porch/Patio/Deck | | | | 1 FP | -2,000 | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -48,600 | ☐ + ☒ - | $ -23,300 | ☒ + ☐ - | $ 17,800 |
| Adjusted Sale Price of Comparables | | Net Adj. 16.2 % Gross Adj. 16.2 % | $ 251,400 | Net Adj. 9.1 % Gross Adj. 10.7 % | $ 231,700 | Net Adj. 10.5 % Gross Adj. 14.8 % | $ 187,800 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) MLS/PUBLIC RECORDS

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) MLS PUBLIC RECORDS

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfer in the prior 36 months | 9-30-2009 SALE 210,000 | No transfer in the prior 36 months | No transfer in the prior 36 months |
| Price of Prior Sale/Transfer | | 2-11-2009 TRUSTEE 260,000 | | |
| Data Source(s) | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS |
| Effective Date of Data Source(s) | 2010 | 2010/ 13 DOM | 2010/ 1 dom | 2010/ 236 DOM |

Analysis of prior sale or transfer history of the subject property and comparable sales ALL SALES INFORAMTION VERIFIED WITH MLS AND PUBLIC RECORDS

Summary of Sales Comparison Approach SALES 1-3 WERE ADJUSTED FOR DIFFEENCES IN GROSS LIVING AREA, SALE 3 IS INFERIOR IN BEDROOM COUNT, . SALES 1 IS SUIPERIOR IN CONDITION, SALE 2 IS INFERIOR IN GARAGE COUNT AND HAS A FIREPLACE, SEE ADDITIONAL COMP 4
GROSS LIVING AREA ADJUSTED @ 20.00 PER SQFT
BEDROOM COUNT ADJUSTED @ $5,000 PER BEDROOM

Indicated Value by Sales Comparison Approach $ 220,000

**RECONCILIATION**

**Indicated Value by: Sales Comparison Approach $** 220,000 **Cost Approach (if developed) $** 221,390 **Income Approach (if developed) $**

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 200,000 **, as of** 4-1-2010 **, which is the date of inspection and the effective date of this appraisal.**



Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

## ADDITIONAL COMMENTS

*DIGITAL SIGNATURE ADDENDUM:*

*The digital signature used in this report is under the control of the signing appraiser and can only be added or removed by same appraiser.*

*USPAP*

*definitions: signature: a signature can be represented by a handwritten mark, a digitized image controlled by a personalized identification number, or other media, where the appraiser has sole personalized control of affixing the signature.*

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) *LAND VALUE ABSTRACTED FORM SIMILAR SALES INTHE AREA, THIS METHOD IS TYPICAL INTHE AREA WHEN THERE ARE LACK OF VACANT LAND SALES*

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE =$ 150,000 |
| Source of cost data *MARSHALL AND SWIFT* | DWELLING 1,292 Sq.Ft. @ $ 97.00 =$ 125,324 |
| Quality rating from cost service *3* Effective date of cost data *2010* | Sq.Ft. @ $ =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | =$ |
| *COST CALCULATIONS OBTAINED FROM THE MARSHALL AND SWIFT COST CALCULATION HANDBOOK* | Garage/Carport 400 Sq.Ft. @ $ 55.00 =$ 22,000 |
| *AND LOCAL BUILDERS.* | Total Estimate of Cost-New =$ 147,324 |
| *DEPRECIATION METHOD UTILIZED IS THE AGE/LIFE METHOD.* | Less Physical / Functional / External |
| | Depreciation 85,934 =$( 85,934) |
| *THE LAND TO VALUE RATIO IS TYPICAL FOR THE AREA.* | Depreciated Cost of Improvements =$ 61,390 |
| | "As-is" Value of Site Improvements =$ 10,000 |
| Estimated Remaining Economic Life (HUD and VA only) 25 Years | **INDICATED VALUE BY COST APPROACH =$** 221,390 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ X Gross Rent Multiplier = $ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.



Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Exterior-Only Inspection Residential Appraisal Report



**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.



Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature]
Name ELY RIVARA AL018655
Company Name ACTION APPRAISAL CO
Company Address 15928 CLEAR SPRING DR LA MIRADA CA 90638

Telephone Number 310 379-0993
Email Address ACTIONAPPRAISALCO@YAHOO.COM
Date of Signature and Report 4-1-2010
Effective Date of Appraisal 4-1-2010
State Certification #
or State License # AL018655
or Other (describe) State #
State CA
Expiration Date of Certification or License 2/29/2008

ADDRESS OF PROPERTY APPRAISED
600 HEWITT ST
SAN FERNANDO, CA 91340-4015

APPRAISED VALUE OF SUBJECT PROPERTY $ 200,000

LENDER/CLIENT
Name
Company Name PRIVATE USE ONLY
Company Address

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

- ☐ Did not inspect subject property
- ☐ Did inspect exterior of subject property from street
  Date of Inspection

COMPARABLE SALES

- ☐ Did not inspect exterior of comparable sales from street
- ☐ Did inspect exterior of comparable sales from street
  Date of Inspection

# Exterior-Only Inspection Residential Appraisal Report

File # 11801 PENDLETON SUN VALLEY

**SALES COMPARISON APPROACH**

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 600 HEWITT ST SAN FERNANDO, CA 91340-4015 | 11208 RINCON AVE SAN FERNANDO AP-2613-023-045 | | | | | |
| Proximity to Subject | | 0.38 miles SW | | | | | |
| Sale Price | $ N/A | | $ 150,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 161.64 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | DOC-373549 CONTRACT DATGE 2-14-2010 | | | | | |
| Verification Source(s) | | MLS/PUBLIC RECORDS | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | NO DEEDS | | | | | |
| Date of Sale/Time | | 3-18-2010 CLOSED | -2,300 | | | | |
| Location | RESIDENTIAL | RESIDENTIAL | | | | | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | | | | |
| Site | 5,000 Sq.Ft | 5000 | | | | | |
| View | NO VIEW | NO VIEW | | | | | |
| Design (Style) | AVERAGE | AVERAGE | | | | | |
| Quality of Construction | AVERAGE | AVERAGE | | | | | |
| Actual Age | 1939 | 1947 | | | | | |
| Condition | AVERAGE | INFERIOR | +10,000 | | | | |
| Above Grade Room Count | Total 7 / Bdrms. 4 / Baths 2 | Total 6 / Bdrms. 3 / Baths 2 | +5,000 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area | 1,292 sq.ft. | 926 sq.ft. | +8,400 | sq.ft. | | sq.ft. | |
| Basement & Finished Rooms Below Grade | NONE | NONE | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | | | | |
| Heating/Cooling | WALL HEAT | WALL H EAT | | | | | |
| Energy Efficient Items | STANDARD | STANDARD | | | | | |
| Garage/Carport | 2 GARAGES | 2 CARPORT | +2,000 | | | | |
| Porch/Patio/Deck | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 23,100 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 15.4 % Gross Adj. 18.5 % | $ 173,100 | Net Adj. % Gross Adj. % | $ | Net Adj. % Gross Adj. % | $ |

**SALE HISTORY**

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No transfer in the prior 36 months | 5-20-2009 | | |
| Price of Prior Sale/Transfer | | TRUSTEE 145,527 | | |
| Data Source(s) | PUBLIC RECORDS/MLS | PUBLIC RECORDS/MLS | | |
| Effective Date of Data Source(s) | 2010 | 2010/ 54 DOM | | |

Analysis of prior sale or transfer history of the subject property and comparable sales ALL SALES INFORMATION VERIFIED WITH MLS/PUBLIC RECORDS

**ANALYSIS / COMMENTS**

Analysis/Comments COMPARABLE 4 IS SUPERIOR IN BEDROOM AND BATH COUNT, INFERIOR IN GROSS LIVNG AREA AND CONDITION, HAS A CARPORT



Form 2055.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# TAX ROLL

| Borrower/Client | GARRIDO, | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 600 HEWITT ST | | | | | | |
| City | SAN FERNANDO | County | LOS ANGELES | State | CA | Zip Code | 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | | | |



Property Detail Printout https://www.ndcdata.com/Search/Property_Detail_Report.aspx?PID=30..

## NDCdata.com

Last Updated: 03/30/2010

**Property Location**

Address: 600 HEWITT ST
APN#: 2522-028-001
Tract: 4184
Map Page/Grid: 502/A1
Total Assessed Value: 200,714
Percent Improvement: 54.15

City: SAN FERNANDO
Use Code: Single Family Residence
Census Tract: 3203.00
Legal Desc: TRACT # 4184 LOT 1
Tax Amount: 2,971.72
Tax Year: 2009

Zip: 91340-4015
County: Los Angeles
Zone: SFR1*

**Current Owner Information**

Current Owner: GARRIDO,EDGAR M
City, State: SAN FERNANDO, CA
Last Transaction: 07/26/2007
Amount: 0

Owner Address: 600 HEWITT ST
Zip: 91340-4015
Deed Type: deed of trust
Document: 0001767936

**Last sale Information**

Transferred From: ANDRADE,ESTHER
Sale Date: 02/07/2000
Most Recent Sale Price: 131,000
Document Number: 0000186622
Document Type:

Seller Address:
Prior Sale Date:
Prior Sale Price:
Prior Document No.:
Prior Document Type:

**Lender Information**

Lender: BANCO POPULAR NORTH AMERICA
Loan Amount / 2nd Trust Deed: 124,450 / 0

Full/Partial:
Loan Type: conventional fix

**Physical Information**

Building Area: 1,292
Additional: 0
Garage: 0
First Floor: 0
Second Floor: 0
Third Floor: 0
Basement Finished: 0
Basement Unfinished: 0

# of Bedrooms: 4
# of Bathrooms: 2.00
# of Stories: 1
Total Rooms: 6
# of Units: 1
Garage/Carport: yes /
Fireplaces: 0
Pool/Spa:

Lot Size: 5,000
Year Built / Effective: 1939 / 1963
Heating:
Cooling:
Roof Type:
Construction/Quality: / 0
Building Shape:
View:

1 of 1 4/4/2010 9:51 PM

**Plat Map**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | GARRIDO, | | | | | | |
| Property Address | 600 HEWITT ST | | | | | | |
| City | SAN FERNANDO | County | LOS ANGELES | State | CA | Zip Code | 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | | | |



Borrower/Client GARRIDO,
File No. 11801 PENDLETON SUN VALLEY
Property Address 600 HEWITT ST
City SAN FERNANDO County LOS ANGELES State CA Zip Code 91340-4015
Lender PRIVATE USE ONLY

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

- ☐ Self Contained (A written report prepared under Standards Rule 2-2(a), persuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☐ Summary (A written report prepared under Standards Rule 2-2(b), persuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☒ Restricted Use (A written report prepared under Standards Rule 2-2(c), persuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
— Unless otherwise indicated, I have performed no services regarding the subject property within the prior three years, as an appraiser or in any other capacity.

### Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: Ely Rivara
Name: ELY RIVARA AL018655
Designation:
Date Signed: 4-1-2010
State Certification #:
or State License #: AL018655
State: CA
Expiration Date of Certification or License: 2/29/2008

Effective Date of Appraisal: 4-1-2010

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Designation:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not ☐ Exterior-only from street ☐ Interior and Exterior

**Subject Photo Page**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower/Client | GARRIDO, | | | | | | |
| Property Address | 600 HEWITT ST | | | | | | |
| City | SAN FERNANDO | County | LOS ANGELES | State | CA | Zip Code | 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | | | |



**Subject Front**

600 HEWITT ST

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,292 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 5,000 Sq.Ft. |
| Quality | AVERAGE |
| Age | 1939 |



**Subject rear**



**Subject Street**

# Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | GARRIDO, | | | | |
| Property Address | 600 HEWITT ST | | | | |
| City | SAN FERNANDO | County | LOS ANGELES | State CA | Zip Code 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | |



**Comparable 1**

717 GRISWOLD AVE SAN FERNANDO

| | |
|---|---|
| Prox. to Subject | 1.05 miles NE |
| Sale Price | 300,000 |
| Gross Living Area | 1,476 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7200 |
| Quality | AVERAGE |
| Age | 1947 |



**Comparable 2**

14635 BRAND BLVD SAN FERNANDO

| | |
|---|---|
| Prox. to Subject | 0.70 miles W |
| Sale Price | 255,000 |
| Gross Living Area | 1,496 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 7460 |
| Quality | AVERAGE |
| Age | 1948 |



**Comparable 3**

1032 GRIFFITH ST SAN FERNANDO

| | |
|---|---|
| Prox. to Subject | 0.39 miles NW |
| Sale Price | 170,000 |
| Gross Living Area | 1,011 |
| Total Rooms | 5 |
| Total Bedrooms | 2 |
| Total Bathrooms | 1 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 5000 |
| Quality | AVERAGE |
| Age | 1895 |

**Comparable Photo Page**

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | GARRIDO, | | | | |
| Property Address | 600 HEWITT ST | | | | |
| City | SAN FERNANDO | County | LOS ANGELES | State CA | Zip Code 91340-4015 |
| Lender | PRIVATE USE ONLY | | | | |



**Comparable 4**

11208 RINCON AVE SAN FERNANDO

| | |
|---|---|
| Prox. to Subject | 0.38 miles SW |
| Sale Price | 150,000 |
| Gross Living Area | 928 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | RESIDENTIAL |
| View | NO VIEW |
| Site | 5000 |
| Quality | AVERAGE |
| Age | 1947 |

**Comparable 5**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Comparable 6**

Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age